◼    In the Matter of MELMARKETS, INC., Also Known as BIG MEL OF EAST ROCKAWAY, Appellant, v DENIS DILLON, as District Attorney of Nassau County, Respondent.—In a proceeding pursuant to CPLR article 78 to compel the District Attorney of Nassau County to return to petitioner certain manufacturers' discount coupons which had been taken from its

possession pursuant to a search warrant, petitioner appeals from a judgment of the Supreme Court, Nassau County, dated July 20, 1979, which dismissed the petition. Judgment affirmed, with $50 costs and disbursements. While a CPLR article 78 proceeding is an appropriate vehicle to compel the return of property seized by the police (see *Boyle v Kelley,* 42 NY2d 88; see, also, *Matter of Oakley v Police Prop. Clerk of Nassau County,* 75 AD2d 816), the proceeding herein must be dismissed for failure of the petitioner to file a notice of claim pursuant to section 50-e of the General Municipal Law (see *Matter of Oakley v Police Prop. Clerk of Nassau County, supra).* Lazer, J. P., Gibbons, Martuscello and O'Connor, JJ., concur.